UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE A. TAYLOR,

        Petitioner,

                              CASE NO. 08-CV-13418
v.                            HONORABLE PATRICK J. DUGGAN

LOUIS EICHENLAUB,

        Respondent.
_____/

## ORDER GRANTING PETITIONER'S REQUEST TO AMEND PETITION

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on September 9, 2008.

PRESENT: HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

This matter is before the Court on Petitioner's request to amend his habeas petition to cite an additional case in support of his claims. Respondent has not yet filed an answer to the petition. Under the Federal Rules of Civil Procedure, a party may amend his or her pleading once as a matter of course at any time before a responsive pleading is served. *See* FED. R. CIV. P. 15(a).[1] Since a responsive pleading has not yet been filed in this case, Petitioner has the right to amend his habeas petition without seeking permission from this Court. Accordingly, Petitioner's request to amend his habeas petition is **GRANTED.**

---

[1] Rule 15(a) applies to habeas corpus actions as it applies to other civil cases. *See* 28 U.S.C. § 2242 (providing that habeas petitions "may be amended or supplemented as provided in the rules of procedure applicable to civil actions").

The supplemental information submitted with Petitioner's request shall be considered as part of his petition.

**IT IS SO ORDERED**.

                                                    s/PATRICK J. DUGGAN
                                                    UNITED STATES DISTRICT JUDGE

Copies to:
Clarence Taylor
#08768-028
Milan Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

Louis Eichenlaub
Warden
Milan Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

United States Attorney's Office for the Eastern District of Michigan
Attn: Mary Ann Thompson
211 W. Fort St.
Detroit, MI 48226