UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE TAYLOR,

    Petitioner,

                                                    Case No. 2:08-CV-13418

v.                                                  HONORABLE PATRICK J. DUGGAN

L. C. EICHENLAUB,

    Respondent.
_____/

## JUDGMENT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on September 1, 2009

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Petitioner Clarence Taylor has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                                  s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Clarence Taylor, 08768028
Milan Federal Correctional Institution
Inmate Parcels/Mail
PO Box 1000
Milan, MI 48160

Patricia Gaedeke, Assistant U.S. Attorney